# United States District Court

**SOUTHERN** DISTRICT OF **FLORIDA**

UNITED STATES OF AMERICA

V.

WALTER VERRA

## WARRANT FOR ARREST

**CASE NUMBER:**
00-6175-CR-ZLOCH(s)

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest ___ WALTER VERRA ___

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to commit bank fraud and to make utter and possess counterfeited securities of an organization and making, uttering and possessing counterfeited securities of an organization;

in violation of Title 18 United States Code, Sections 371; 513(a); 1344; and 2

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

Signature of Issuing Officer: Jenny Butler

8/28/00, Fort Lauderdale, Florida
Date and Location

Bail fixed at $50,000 10% Bond by LURANA S. SNOW U.S. MAGISTRATE JUDGE
Name of Judicial Officer

FILED by D.C.
AUG 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST |  |  |