AO 442 (Rev. 12/85) Warrant for Arrest    AUSA BERTHA MITRANI

## United States District Court

_____ SOUTHERN _____ DISTRICT OF _____ FLORIDA   502022

UNITED STATES OF AMERICA

V.

WALTER VERRA

**WARRANT FOR ARREST**

**CASE NUMBER:**
00-6175-CR-ZLOCH(s)

TO: **The United States Marshal**
**and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ WALTER VERRA _____

Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him or her with (brief description of offense) Conspiracy to commit bank fraud and to make utter and possess counterfeited securities of an organization and making, uttering and possessing counterfeited securities of an organization;

in violation of Title 18, United States Code, Sections 371; 513(a); 1344; and 2

CLARENCE MADDOX
Name of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

_Jenny Butler_ (Signature of Issuing Officer)

8/24/00, Fort Lauderdale, Florida
Date and Location

Bail fixed at _$c,ccc /t %/c 3rd_ by _Lurana S. Snow_ LURANA S. SNOW U.S. MAGISTRATE JUDGE
Name of Judicial Officer

[stamp: CLERK... OCT -2 P12:16]

**RETURN**

This warrant was received and executed with the arrest of the above defendant at
Miami, FL

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 08/24/00 | James A. Tassone<br>United States Marshal<br>Southern District of Florida | |
| DATE OF ARREST<br>09/28/00 | | Edward Purchase, SDUSM |