61922 004

UNITED STATES DISTRICT COURT
Southern District of Florida

00 6175 Cr WJZ

UNITED STATES OF AMERICA )   Case Number: CR_____
            Plaintiff    )
                         )   REPORT COMMENCING CRIMINAL
      -vs-               )           ACTION
                         )
  Walter Verra           )
         Defendant
*************************************************************

TO: Clerk's Office    MIAMI    FT. LAUDERDALE    W. PALM BEACH
    U.S. District Court          (circle one)

FILED by _____ D.C.
MAG. SEC.

OCT - 3 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.   MIAMI

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE --
*************************************************************
All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 09/28/00        0800  am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: 18 USC 371, 513(a) 1344 and 2

(4) U.S. Citizen  [ ] Yes   [X] No   [ ] Unknown

(5) Date of Birth: 06/07/55

(6) Type of Charging Document: (Check one)
    [X] Indictment  [ ] Complaint  To be filed/Already filed
        Case #_____
    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Southern Florida

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [X] YES  [ ] NO

Amount of Bond: $ 50,000   10% Bond
Who set Bond: _____

(7) Remarks: _____

(8) Date: 09/28/00       (9) Arresting Officer: Krant

(10) Agency: U.S. Secret Service    (11) Phone: 305-629-1800

(12) Comments: _____