UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-ZLOCH

UNITED STATES OF AMERICA

    Plaintiff,

v.

WALTER VERRA

    Defendant.
_____/

**ORDER ON INITIAL APPEARANCE**
Language ENGLISH
Tape No. 00FX- 119-690
AUSA Bill Bryan
Agent USSS/KROUT
(305) 629-1800
DOB : 06/07/55    # 61922-004

The above-named defendant having been arrested on 09/28/00 having appeared before the court for initial appearance on 09/28/00
and proceedings having been held in accordance with **F.R.C.P. 5 or 40(a)**, it is thereupon
**ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____

*Filed: MAG. SEC. D.C. OCT - 3 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. MIAMI*

3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 A.M. on _____ 10/2 @ 11am in Ft. Laud, 2000.
4. Arraignment/Preliminary/Removal/Identity hearing is set for 10am 10/2 in FtL., 2000.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because Gov't rec 10 days temp at 10:30 in Ft. Laud. A detention hearing pursuant to 18 U.S.C. Section 3142(f), is set for 10am ^ 10/13, 2000.
6. The defendant shall be release from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
_____
_____

bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
__a. Surrender all passports and travel document to the Pretrial Services Office.
__b. Report to Pretrial Services as follows:___times a week by phone, ___time a week in person; other: _____
c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances prohibited by law.
__d. Maintain or actively seek full time gainful employment.
__e. Maintain or begin an educational program.
__f. Avoid all contact with victims of or witnesses to the crimes charged.
__g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
__h. Comply with the following curfew: _____
__I. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.

X Pursuant to 18 U.S.C. § 3142(d)(1)(A)(iii) to permit state probation officer to seek detainer.

110

WALTER VERRA

___ j. Comply with the following additional special conditions of this bond:

_____

This bond was set: At Arrest _____
On Warrant _____
After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is ___

_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and   revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond   itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Miami, Florida, this __28TH__ day of __SEPTEMBER__, 2000.

*[signature]*
ANDREA M. SIMONTON
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
   Defendant
   Counsel
   U.S. Marshal
   Pretrial Services/Probation