**COURT MINUTES**

**U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA**

| | | | |
|---|---|---|---|
| DEFT: | WALTER VERRA (J) # 61922-004 | CASE NO: | 00-6175-CR-ZLOCH (s) |
| AUSA: | BERTHA MITRANI / Rosentraum | ATTY: | DAVID JOFFE, ESQ. pres |
| AGENT: | | VIOL: | |
| PROCEEDING: | PTD HEARING / ARRAIGNMENT | RECOMMENDED BOND: | PTD |
| BOND HEARING HELD - yes /no | | COUNSEL APPOINTED: | |
| BOND SET @: | 50,000 PSD | To be cosigned by: | Papito Rigby |

- ❑ Do not violate any law.
- ❑ Appear in court as directed.
- ❑ Surrender and / or do not obtain passports / travel documents.
- ☑ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
- ❑ Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
- ❑ Maintain or seek full - time employment.
- ❑ No contact with victims / witnesses.
- ❑ No firearms.
- ❑ Curfew: ____
- ❑ Travel extended to: ____
- ❑ Halfway House ____

FILED OCT 13 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

Bond set

Reading of Indictment Waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 11-3 | 11 | BSS ✓ | |

DATE: 10-13-00   TIME: 10.30 A.M.   FTL/LSS TAPE # 00 - 051   Begin: 2260   End: 2590

re-call @ 2460

131