Case No: 00-6175-CR-ZLOCH (s)



## CO-SIGNATURE PAGE

Being first duly sworn, I hereby state that I have been asked to sign a $50,000 personal surety bond on behalf of __WALTER VERRA__ and I understand that if the above-named individual fails to appear at a court proceeding as directed by the court, I will be responsible for the payment of the above amount to the United States of America.

Dated this _16_ day of _October_, 2000.

__PAPITO L RIGBY__
Name

__771 SW 24 AVE__
Address

__FT. LAUD__   __FLA__   __33312__
City            State       Zip

Sworn and subscribed before me this _16th_ day of _October_, 2000.

__Amy Jordan__
Deputy Clerk, U.S. District Court

137