UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WALTER VERRA,

    Defendant.
_____/

### NOTICE OF UNAVAILABILITY

COMES NOW the Defendant, WALTER VERRA, by and through undersigned counsel, David J. Joffe, pursuant to the Federal Rules of Criminal Procedure and the Local Rules for the Southern District of Florida, and would hereby respectfully place this Honorable Court on notice that undersigned counsel will be unavailable for trial on Monday, December 4, 2000, and states:

    1. Undersigned counsel has made previous arrangements for a pre-paid vacation beginning on Sunday, December 3, 2000, through and including Sunday, December 10, 2000.

    I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/hand-delivered this _26th_ day of October, 2000, to:

BERTHA MITRANI, ESQUIRE
Assistant United States Attorney
500 East Broward Boulevard
Suite 700
Fort Lauderdale, Florida  33394

JACK BLUMENFELD, ESQUIRE
2600 Douglas Road
Suite 911
Coral Gables, Florida  33134

MICHAEL BLOOM, ESQUIRE
3225 Aviation Avenue
Suite 300
Miami, Florida  33133

ANA JHONES, ESQUIRE
330 Biscayne Boulevard
Suite 625
Miami, Florida  33132

STUART ADELSTEIN, ESQUIRE
1435 South Miami Avenue
Miami, Florida  33130

ALVIN ENTIN, ESQUIRE
200 East Broward Boulevard
Suite 1210
Fort Lauderdale, Florida  33301

                  Respectfully submitted,

                  DAVID J. JOFFE, P.A.
                  Attorney for Defendant
                  2900 Bridgeport Avenue
                  Suite 401
                  Coconut Grove, Florida  33133
                  (305) 446-5886

                  By_____
                    DAVID J. JOFFE, ESQUIRE
                    FLORIDA BAR NO. 0814164