UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

WALTER VERRA,

    Defendant.
_____/

### NOTICE OF DEFENDANT'S CHANGE OF ADDRESS

COMES NOW the Defendant, WALTER VERRA, by and through undersigned counsel, David J. Joffe, and would hereby respectfully place this Honorable Court on notice that Defendant, WALTER VERRA, has moved his residence from 2642 Sable Palm Drive, Miramar, Florida 33023 to 7761 N. W. 30 Street, Davie, Florida 33024.

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed/hand-delivered this ____ day of October, 2000, to:

BERTHA MITRANI, ESQUIRE
Assistant United States Attorney
500 East Broward Boulevard
Suite 700
Fort Lauderdale, Florida  33394

JACK BLUMENFELD, ESQUIRE
2600 Douglas Road
Suite 911
Coral Gables, Florida  33134

MICHAEL BLOOM, ESQUIRE
3225 Aviation Avenue
Suite 300
Miami, Florida  33133

```
ANA JHONES, ESQUIRE
330 Biscayne Boulevard
Suite 625
Miami, Florida  33132

STUART ADELSTEIN, ESQUIRE
1435 South Miami Avenue
Miami, Florida  33130

ALVIN ENTIN, ESQUIRE
200 East Broward Boulevard
Suite 1210
Fort Lauderdale, Florida  33301

CAROL SIROTTO
Probation Officer
299 East Broward Boulevard
Room 301
Fort Lauderdale, Florida  33301
```

Respectfully submitted,

DAVID J. JOFFE, P.A.
Attorney for Defendant
2900 Bridgeport Avenue
Suite 401
Coconut Grove, Florida  33133
(305) 446-5886

By_____
   DAVID J. JOFFE, ESQUIRE
   FLORIDA BAR NO. 0814164

- 2 -