UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-ZLOCH

UNITED STATES OF AMERICA,

VS.

WALTER VERRA,

        Defendant.

_____/

## STATUS REPORT

A status conference was held in this cause on November 3, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it will today be complying with its obligations under the Standing Discovery Order. The Government further represented that there are no motions currently pending, that it is ready to proceed, and that this matter would require six days to try.

2. Defense counsel confirmed that he has not yet received the Government's discovery response, but he informed the Court that this matter is likely to be resolved by way of a change of plea.

DATED at Fort Lauderdale, Florida this 3rd day of November 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable William J. Zloch
United States District Judge

Bertha Mitrani, Esquire
Assistant United States Attorney

David Joffe, Esquire
2900 Bridgeport Avenue, Suite 401
Miami, Florida 33133-3606
Attorney for Defendant