DEFT: Walter Verra (no deft)  
CASE NO: 00-6175-CR-Zloch  
AUSA: Bertha Mitrani /Rice  
ATTNY: David Joffe  Present  
AGENT:  
VIOL:  
PROCEEDING: Status Conference  
BOND REC:  
BOND HEARING HELD - yes/no    COUNSEL APPOINTED:  
___ BOND SET @  
CO-SIGNATURES:  _____  -7 2000  
SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

Discovery will go out today  
no motions  
6 days to try  
Gov't ready  
no tapes  
probable plea

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:  
INQUIRY RE COUNSEL:  
PTD/BOND HEARING:  
PRELIM/ARRAIGN. OR REMOVAL:  
STATUS CONFERENCE:  
DATE: 11-3-00   TIME: 11:00am   TAPE # 00-081   PG # 1  
ends 11:40am 2728-2781  
162