**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6175-CR-ZLOCH**



FILED by ___ D.C.
NOV 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**UNITED STATES OF AMERICA**

           v.                              **NOTICE**

**WALTER VERRA**

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

**PLACE:**                               **COURTROOM A**
299 E. BROWARD BLVD.                     **DATE & TIME:**
FT. LAUDERDALE, FL 33301            November 21, 2000 at 11:00 AM

**CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

                                    CLARENCE MADDOX
                                    CLERK OF COURT

                                    _____
                                    BY DEPUTY CLERK

DATE: November 15, 2000

cc:
Bertha Mitrani, Esq., AUSA
David Joffe, Esq.