cr-06175-WJZ   Document 175   Entered on FLSD Docket 11/22/2000

FILED by _____ D.C.
NOV 21 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6175-CR-Z/och  DATE 11-21-00
REPORTER Carl Schsizler
CLERK Carlos Newby  INTERPRETER _____
PROBATION _____

UNITED STATES OF AMERICA v. Walter Vedra

U.S. ATTORNEY Bertha Mitrani  DEFT COUNSEL David Jaffe

DEFENDANT: (PRESENT)  NOT PRESENT  (ON BOND)  IN CUSTODY

REASON FOR HEARING Change of Plea to Count 1 of Superseding Indictment

RESULT OF HEARING Deft entered a plea of guilty to Count 1

JUDGMENT Court accepted plea, adjudged deft guilty to Count 1 of Superseding Indictment

CASE CONTINUED TO 2-2-01  TIME 10:30  FOR Sentencing

MISC Written Plea Agreement