FILED by _____ D.C.
FEB 2 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

CASE NUMBER 00-6175-CR-Zloch DATE 2-2-01
CLERK Carlene Newbey   REPORTER Carl Schanzleh
PROBATION Frances Weisberg   INTERPRETER _____

UNITED STATES OF AMERICA v. Walter Vera

U. S. ATTORNEY Bertha Mitrani  DEFT COUNSEL David Joffe

DEFENDANT: (PRESENT)  NOT PRESENT  (ON BOND)  IN CUSTODY

REASON FOR HEARING Sentencing

RESULT OF HEARING Ct 1-5 yrs Reporting Prob - $17,768.80 Joint & Several Rest. Zetner - $100 assessment - Spec Conds; Participate in Home Confinement for 120 days - (See J&C); Maintain full-time legitimate employment - Obtain prior written approval before any self-employment -

CASE CONTINUED TO _____ TIME _____ FOR _____

David Joffe appointed for appeal -
MISC Remaing Cts dismissed -

217