PROB 12B                                                      SD/FL PACTS No. 65602
(SD/FL 9/96)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6175-CR-ZLOCH

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
(Probation Form 49, Waiver of Hearing is Attached)

FILED by _____ D.C.

OCT 1 4 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Name of Offender: Walter Verra

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, Chief Judge, United States District Court, Ft. Lauderdale, Florida

Date of Original Sentence: February 2, 2001

Original Offense:    Count One: Conspiracy to Commit Offenses against the United States, namely Bank Fraud and Making, Uttering and Possessing Counterfeited Securities of an Organization, in violation of Title 18 U.S.C. § 371, a Class D felony.

Original Sentence:   5 years probation; electronic monitoring; maintain full-time legitimate employment; written approval from the U.S. Probation Officer before entering into any self employment; $100 assessment; and $17,769.80 restitution.

Type of Supervision: Probation                    Date Supervision Commenced: February 2, 2001

---

# PETITIONING THE COURT

[]      To extend the term of supervision for _ years, for a total term of _ years.
[x]     To modify the conditions of supervision as follows:

"The defendant shall pay restitution at the rate of $150 per month until such time as the Court may alter that payment schedule in the interest of justice. The U.S. Probation Office and the U.S. Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay"

# CAUSE

A financial investigation was conducted to determine what amount the defendant could afford to pay monthly on his restitution balance. Mr. Verra's weekly salary varies with the amount of work he produces each week. Initially, Mr. Verra indicated he could pay $650 per month toward the above debt, however, it quickly became apparent he could not handle this payment. His payments were then dropped to $200 per month, which appeared to fit his monthly budget. However, recently, at this officers

PROB 12B                                                                      SD/FL PACTS No. 65602
(SD/FL 9/96)

insistence, he has begun to pay child support.  Given this, it appears a $150 per month payment is satisfactory.  Said payment will begin on October 1, 2003 and every month thereafter.

As such, it is respectfully requested Your Honor sign the attached Petition for Probation Action, modifying the conditions of probation as indicated above.  If Your Honor does not concur with the recommendation, please indicate which course of action you wish this officer to take.

Respectfully submitted,

by

Roger S. McCoy
U.S. Probation Officer
Phone: (954) 769-5577
Date: October 6, 2003

THE COURT ORDERS:

[ ]    No Action
[ ]    The Extension of Supervision as Noted Above
[X]    The Modification of Conditions as Noted Above
[ ]    Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

10/14/03
Date

PROB 49                                                    SD/FL PACTS #65602
(3/89)

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA


### Waiver of Hearing to Modify Conditions
### of Probation or Extend Term of Supervision


      I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

      I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation or to the proposed extension of my term of supervision:

      **"The defendant shall pay restitution at the rate of $150.00 per month until such time as the Court may alter that payment schedule in the interests of justice. The U.S. Probation Office and the U. S. Attorney's Office shall monitor the payment of restitution and report to the Court any material change in the defendant's ability to pay."**

Witness: _____
U.S. Probation Officer
Roger S. McCoy

Signed: _____
Probationer or Supervised Releasee
Walter Verra

10/6/03
Date