PROB 12C  
(SD/FL 9/96)

SD/FL PACTS No. 65602

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6175-CR-ZLOCH</u>



FILED by _____ D.C.  
OCT 2 2 2004  
CLARENCE MADDOX  
CLERK U.S. DIST. CT.  
S.D. OF FLA. FT. LAUD.

## PETITION FOR WARRANT OR SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: Walter Verra

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, Chief Judge, United States District Court, Fort Lauderdale, Florida

Date of Original Sentence: February 2, 2001

| | |
|---|---|
| Original Offense: | Conspiracy to Commit Offenses against the United States, namely Bank Fraud and Making, Uttering and Possessing Counterfeited Securities of an Organization, in violation of Title 18 U.S.C. § 371, a Class D felony. |
| Original Sentence: | Five (5) years probation; electronic monitoring; maintain full time legitimate employment; written approval from the U.S. Probation Officer before entering into any self employment; $100 assessment; and $17,796.80 restitution. |

Type of Supervision: Probation                Date Supervision Commenced: February 2, 2001

Assistant U.S. Attorney:  
Bertha R. Mitrani  
500 E. Broward Blvd  
7th Floor  
Fort Lauderdale, FL 33394  
(954) 356-7254

Defense Attorney:  
David J. Joffe PA  
2900 Bridgeport Avenue  
Suite# 401  
Coconut Grove, FL 33133  
(305) 446-5886

## PETITIONING THE COURT

[X]   To issue a warrant  
[]    To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Violation of Standard Condition**, by failing to submit a truthful and complete monthly report within the first five days of each month. The probationer has failed to submit a written monthly report for July, August and September 2004. |



PROB 12C                                                              SD/FL PACTS No. 65602
(SD/FL 9/96)

2.  **Violation of Standard Condition,** by failing to answer all inquires truthfully in than on or about July 30, 2004 the probationer advised that he was born in the U.S. Virgin Islands and was a United States citizen. Upon further investigation this was found to be not truthful.

3.  **Violation of Standard Condition,** by failing to notify the probation officer of a change in residence. On or about October 12, 2004 the probationer moved from his approved residence of 14421 Boggs Drive, Miami, Florida and failed to notify the probation officer 10 days prior to any change in residence and his whereabouts is unknown.

U.S. Probation Officer Recommendation:

[ ]   The term of supervision should be
[X]   revoked.
[ ]   extended for _ years, for a total term of _ years.
[ ]   The conditions of supervision should be modified as follows:

Respectfully submitted,

by  *(signature)*
    William H. Salinas
    U.S. Probation Officer
    Phone: (305) 424-2454
    Date: October 15, 2004

THE COURT ORDERS:

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision

*(signature)*
Signature of Judicial Officer

10/22/04
Date