PROB 19a

SD/FL PACTS No. 65602

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. <u>00-6175-CR-ZLOCH</u>

U.S.A. vs WALTER VERRA

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

**FILED by _____ D.C.**

**OCT 2 2 2004**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

---

## WARRANT FOR ARREST OF SUPERVISED RELEASEE

You are hereby commanded to arrest the within-named supervised releasee and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her supervised release imposed by the court.

| NAME OF SUPERVISED RELEASEE | SEX | RACE | AGE |
|---|---|---|---|
| WALTER VERRA | Male | Black | 49 |

**ADDRESS (STREET,CITY,STATE)**
UNKNOWN

| SUPERVISED RELEASE IMPOSED BY (NAME OF COURT) | DATE IMPOSED |
|---|---|
| The Honorable William J. Zloch, Chief Judge, United States District Court, Fort Lauderdale, Florida | February 2, 2001 |

**TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)**
The Honorable William J. Zloch, Chief Judge, United States District Court, Fort Lauderdale, Florida

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| *Clarence Maddox* | *Jimmy Jordan* | *October 22, 2004* |

---

## RETURN

| **Warrant received and executed.** | DATE RECEIVED | DATE EXECUTED |
|---|---|---|
| | | |

**EXECUTING AGENCY (NAME AND ADDRESS)**

| NAME | (BY) | DATE |
|---|---|---|
| | | |

---

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for <u>Southern</u> District of <u>Florida</u> ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

