## COURT MINUTES

### U.S. MAGISTRATE JUDGE BARRY S. SELTZER- FORT LAUDERDALE, FLORIDA ROOM 110

DEFT: WALTER VERRA (J)#   CASE NO: 00-6175-CR-ZLOCH

AUSA: BERTHA MITRANI (Jeff Kay)   ATTY:

AGENT: USPO: WILLIAM SALINAS   VIOL: SUPERVISED RELEASE VIOLATION

PROCEEDING: I/A ON SUPERVISED RELEASE VIOLATION   RECOMMENDED BOND: NO BOND

BOND HEARING HELD - yes / no   COUNSEL APPOINTED: APD (Neiss/Ranks)

BOND SET @:   To be cosigned by:

☐ Do not violate any law.
☐ Appear in court as directed.
☐ Surrender and / or do not obtain passports / travel documents.
☐ Rpt to PTS as directed / or ____ x's a week/month by phone; ____ x's a week/month in person.
☐ Random urine testing by Pretrial Services. Treatment as deemed necessary.
☐ Maintain or seek full - time employment.
☐ No contact with victims / witnesses.
☐ No firearms.
☐ Curfew:
☐ Travel extended to:
☐ Halfway House

Δ present in Court w/o Counsel. Δ advised of charges. Request. Appt of Cnsl. Sworn/Test. Court finds Deft indigent. Appoints APD. Gov't recommends No Bond. Proffers Deft has absconded for 18 months. Court orders Deft detained w/o Bond. Δ waives Prel/Exam. Signed waiver. Final Revocation Hrg before Judge Zloch.

NEXT COURT APPEARANCE:   DATE:   TIME:   JUDGE:   PLACE:

INQUIRY RE COUNSEL:

PTD/BOND HEARING:

PRELIM/ARRAIGN. OR REMOVAL:

STATUS CONFERENCE:

DATE: 4/26/06   TIME: 11:00 A.M.   FTL/BSS TAPE # 06- 23   Begin: 2070   End: 2300

Recalled 2525-5267