UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-ZLOCH

UNITED STATES OF AMERICA

vs

WALTER VERRA

O R D E R

__X__ Appointing Counsel
_____ Ratifying Prior Service
_____ Extending Appointment
       for Appeal
_____ Substituting Counsel

_____
(prior counsel)

FILED BY ___ D.C.
2006 APR 26 PM 3:50
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CHARGE: SUPERVISED RELEASE VIOLATION
   _X_ Felony       _____ Misdemeanor

Because the above defendant has testified under oath and has otherwise satisfied this Court that he or she: (1) is financially unable to employ counsel, and (2) does not wish to waive counsel, and because the interests of justice so require, the Federal Public Defender named below is hereby appointed to represent this defendant in the above designated case until relieved by Order of this District Court:

Federal Public Defender
1 E. Broward Boulevard, Suite 1100
Ft. Lauderdale, FL 33301
Phone: (954)356-7436

DONE AND ORDERED at Fort Lauderdale, Florida, this 26th day of April, 2006.

*[signature]*
BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc: AUSA
    FPD
    Pretrial Services

