UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-ZLOCH/Seltzer

UNITED STATES OF AMERICA,        :

    Plaintiff,        :

vs.        :

WALTER VERRA,        :

    Defendant.        :
_____/



# **NOTICE OF ASSIGNMENT**

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Neison M. Marks
Assistant Federal Public Defender
Court Assigned No. A5500635
1 E. Broward Boulevard
Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)
E-mail Neison_Marks@FD.org



## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this **27th** day of April, 2006 to Bertha Mitrani, Assistant United States Attorney, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301; and William Salinas, United States Probation Officer, The Doral Center, 8240 NW 52 Terrace, Suite 410, Miami, Florida 33166.

/s/ Neison M. Marks
Neison M. Marks

J:\Verra, Walter Reg\Pleadings\ASSIGN