UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-ZLOCH/Seltzer

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

WALTER VERRA, :

    Defendant. :
_____/

### DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL

The defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the U.S. Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.



The defendant requests that the U.S. Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to the defendant. Any contact with the defendant must be made through the defendant's lawyer, undersigned counsel.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: /s/ Neison M. Marks
Neison M. Marks
Assistant Federal Public Defender
Court Assigned No. A5500635
1 E. Broward Boulevard
Suite 1100
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)
E-mail Neison_Marks@FD.org

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this **27**th day of April, 2006 to Bertha Mitrani, Assistant United States Attorney, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301; and William Salinas, United States Probation Officer, The Doral Center, 8240 NW 52 Terrace, Suite 410, Miami, Florida 33166.

/s/ Neison M. Marks
Neison M. Marks

J:\Verra, Walter Reg\Pleadings\INVOCAT