UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-ZLOCH

UNITED STATES OF AMERICA,

    v.                          NOTICE

WALTER VERRA



| TYPE OF CASE | CRIMINAL |

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:  COURTROOM A
299 E. BROWARD BLVD.
FT. LAUDERDALE, FL 33301

DATE & TIME:
May 26, 2006 at 10:30 A.M.

FINAL HEARING ON VIOLATION OF PROBATION

CLARENCE MADDOX
CLERK OF COURT

*Barbara L Coats*
BY DEPUTY CLERK

DATE:   May 11, 2006

cc:  Bertha Mitrani, Esq., AUSA
     Neison Marks, Esq., AFPD
     William Salinas, U.S. Probation