UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6175-CR-ZLOCH

UNITED STATES OF AMERICA,

v.                                              NOTICE

WALTER VERRA

---

TYPE OF CASE                CRIMINAL

---

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET AS FOLLOWS:

---

PLACE:  COURTROOM A
299 E. BROWARD BLVD.                DATE & TIME:
FT. LAUDERDALE, FL 33301            May 25, 2006 at 10:30 A.M.

---

FINAL HEARING ON VIOLATION OF PROBATION

---

CLARENCE MADDOX
CLERK OF COURT

*Barbara L Coats*
BY DEPUTY CLERK

DATE:    May 19, 2006

cc: Bertha Mitrani, Esq., AUSA
    Neison Marks, Esq., AFPD
    William Salinas, U.S. Probation

