UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES


FILED by _____ D.C.
MAY 25 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6175-CR-ZLOCH   DATE May 25, 2006

CLERK Seamus Flaherty   REPORTER Carl Schanzleh

PROBATION William Salinas   INTERPRETER

UNITED STATES OF AMERICA v. Walter Verra

U. S. ATTORNEY Lawrence Bardfeld, Esq. AUSA   DEFT COUNSEL Neison Marks, Esq. AFPD

DEFENDANT: (PRESENT)   NOT PRESENT   ON BOND   (IN CUSTODY)

REASON FOR HEARING Petition For Warrant Or Summons For Offender Under Supervision (DE 283) - △ admits Allegations 1 and 3, the Government is Withdrawing Allegation #2

RESULT OF HEARING
- △ to be imprisoned for a term of 4 months
- No supervision to follow
- △ still responsible for restitution

JUDGMENT

CASE CONTINUED TO          TIME          FOR

MISC

