UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6175-CR-ZLOCH

FILED by _____ D.C.
MAY 25 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                  **O R D E R**

WALTER VERRA,

    Defendant.
_____/

THIS CAUSE came before the Court for the final Violation of Probation hearing on May 25, 2006.

The Court finds the defendant has violated the conditions of probation as set forth in the Petition (DE 283) and the defendant admits violation numbers 1 and 3 and the Government withdraws violation number 2.

**IT IS HEREBY ORDERED AND ADJUDGED** that the defendant's Probation is hereby revoked and defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **4 months**. No further supervision is imposed.

**IT IS FURTHER ORDERED AND ADJUDGED** that the Defendant shall continue to pay joint and several restitution in the amount of $17,769.80 to Bank of America.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _25th_ day of May, 2006.

                                              WILLIAM J. ZLOCH
                                              Chief United States District Judge

cc: Bertha Mitrani, Esq., AUSA
    Neison Marks, Esq., AFPD
    William H. Salinas, U.S. Probation Officer
    U.S. Marshal